**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Marvin Klehr, et al.,

Civil File No. 01-482 (MJD/FLN)

Plaintiffs,

v.

**ORDER**

Charles R. Crafts, et al.,

Defendants.

---

Appeal of Magistrate Judge Noel's Order of February 11, 2002, concerning a dispositive summary judgment motion, is governed by 28 U.S.C. § 636(c)(3) and Rule 73 of the Federal Rules of Civil Procedure, which provide that such appeals are to be made to the Court of Appeals and not the District Court. See also Fed. R. Civ. P. 73, Adv. Comm. N., 1997 Amend.; Fed. R. Civ. P. 74-76.

Dated: April 9, 2002

Michael J. Davis
Michael J. Davis
United States District Court Judge

FILED APR 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK