# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Marvin Klehr, et al — Case No. Civil 01-482 MJD/FLN

v. — **JUDGMENT IN A CIVIL CASE**

Charles R. Crafts, et al

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Judgment is hereby entered.

DATE: July 22, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

43